No. 16–0671/AF. U.S. v. Keanu D.W. Ortiz. CCA 38839. On consideration of Rule 43A, Rules of Practice and Procedure, it is ordered that the mandate in the above captioned case be issued forthwith.

No. 17–0327/AF. U.S. v. Joshua Katso. CCA 38005. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted to May 10, 2017.

No. 17–0376/AR. U.S. v. Torie A. Cash. CCA 20150484. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 17, 2017.

No. 17–0377/AR. U.S. v. Casey A. Phillips. CCA 20150373. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 17, 2017.

No. 17–0378/NA. U.S. v. Darrell T. Peterson. CCA 201500340. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 17, 2017.

No. 17–0380/AR. U.S. v. Bianca L. Koth. CCA 20150179. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 17, 2017.